IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LORETTA BRADLEY,
    Plaintiff,

v.                                                CASE NO.: 4:10cv287-SPM/WCS

PILGRIM'S PRIDE CORPORATION,
a foreign corporation,
    Defendant.
_____/

**ORDER TRANSFERRING ACTION TO THE
<u>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION</u>**

This matter came before the court on an unopposed motion to transfer this action to the Middle District of Florida, Jacksonville Division (doc. 4). Upon consideration, it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 4) is granted and this action is transferred to the Middle District of Florida, Jacksonville Division.

2.    The clerk shall transmit the original record to the Clerk of the Middle District of Florida.

DONE AND ORDERED this 6th day of August, 2010.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                Chief United States District Judge